# Exhibit A

# Notices of Service

| | |
|---|---|
| **From:** | CSCMatterManagement@cscinfo.com |
| **Sent:** | Wednesday, April 29, 2020 3:22 PM |
| **To:** | Michelle Frei; Christina Santangelo; Michelle Monheit |
| **Subject:** | [EXTERNAL] New Service of Process - Summons/Complaint - Transmittal: 21457419 |



# New Service of Process Added to Matter Notification

*This message is an alert only. Please do not reply to this message.*
*The following new Document(s) have been added to the following matter.*

Alert Date: 04/29/2020

### Assigned Document(s):

| | |
|---|---|
| **Document ID:** | 30581547 (View/Share the Document) |
| **Document Title :** | Summons/Complaint |
| **Answer Date :** | 20 |
| **Entity as Established :** | Red Robin Gourmet Burgers, Inc |
| **Date Served :** | 04/29/2020 |
| **CSC Doc type :** | Summons/Complaint |
| **Court :** | Clark County District Court |
| **State Served :** | Delaware |
| **Document is Time Sensitive :** | |
| **Document is Service Of Process :** | Yes |

### Matter Information:

| | |
|---|---|
| **Matter ID:** 10214281 (Go to Matter Detail Folders) | 10214281 |
| **Matter Id :** | |
| **Matter Full Name :** | Christopher Bruun vs. Red Robin Gourmet Burgers, Inc. |
| **Jurisdiction :** | Nevada |
| **Court / Admin. Agency / Other :** | Clark County District Court |
| **Cause # :** | A-20-814178-C |
| **Nature of Case :** | Class Action |

**Matter Users:**
Christina Santangelo csantangelo@redrobin.com
Michelle DeVivo-Monheit mmonheit@redrobin.com
Michelle Frei mfrei@redrobin.com

---

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services.

1

**251 Little Falls Drive | Wilmington, DE 19808**
**(800) 490-9035  |  MMSupport@cscglobal.com**

| | |
|---|---|
| **From:** | CSCMatterManagement@cscinfo.com |
| **Sent:** | Thursday, April 30, 2020 3:22 PM |
| **To:** | Michelle Frei; Christina Santangelo; Michelle Monheit |
| **Subject:** | [EXTERNAL] New Service of Process - Summons/Complaint - Transmittal: 21462218 |



## New Service of Process Added to Matter Notification

*This message is an alert only. Please do not reply to this message.*
*The following new Document(s) have been added to the following matter.*

Alert Date: 04/30/2020

### Assigned Document(s):

| | |
|---|---|
| **Document ID:** | 30587809 (View/Share the Document) |
| **Document Title :** | Summons/Complaint |
| **Answer Date :** | 20 |
| **Entity as Established :** | Red Robin International, Inc. |
| **Date Served :** | 04/30/2020 |
| **CSC Doc type :** | Summons/Complaint |
| **Court :** | Clark County District Court |
| **State Served :** | Nevada |
| **Document is Time Sensitive :** | |
| **Document is Service Of Process :** | Yes |

### Matter Information:

**Matter ID:** 10214281 (Go to Matter Detail Folders)     10214281

| | |
|---|---|
| **Matter Id :** | |
| **Matter Full Name :** | Christopher Bruun vs. Red Robin Gourmet Burgers, Inc. |
| **Jurisdiction :** | Nevada |
| **Court / Admin. Agency / Other :** | Clark County District Court |
| **Cause # :** | A-20-814178-C |
| **Nature of Case :** | Class Action |

**Matter Users:**
Christina Santangelo csantangelo@redrobin.com
Michelle DeVivo-Monheit mmonheit@redrobin.com
Michelle Frei mfrei@redrobin.com

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services.

1

**251 Little Falls Drive | Wilmington, DE 19808**
**(800) 490-9035 | MMSupport@cscglobal.com**