WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendants, Red Robin Gourmet Burgers, Inc., and Red Robin International, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER BRUUN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN GOURMET BURGERS, INC., a Delaware corporation; and RED ROBIN INTERNATIONAL, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:20-cv-00903-JAD-BNW<br><br>[District Court, Clark County, Nevada Case No. A-20-814178-C]<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Defendants Red Robin International, Inc. ("Red Robin International") and Red Robin Gourmet Burgers, Inc. ("Red Robin Gourmet" and collectively "Red Robin"), by and through its attorney of record, Robert Riether, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Bradley T. Wibicki, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Robert Riether, Esq. Subsequent filings have been made and Previous Attorney is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorney receive notice of the ongoing proceedings.

///

Accordingly, the undersigned counsel requests that Bradley T. Wibicki, Esq. be removed from the Service List in this matter.

DATED this 23rd day of July, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert Riether, Esq.*
Robert Riether, Esq.
Nevada Bar No. 12076
*Attorneys for Defendants, Red Robin Gourmet Burgers, Inc., and Red Robin International, Inc.*

### CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 23rd day of July, 2020, a true and correct copy of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP